UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-106-BO(1)
NO. 7:12-CR-106-BO(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DAVID BECK | ) | |
| TAMMY MULLEN | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Notice (Docket No. 69), be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office.

This the 24 day of September, 2013.

TERRENCE W. BOYLE
United States District Court Judge