UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-106-BO(1)
NO. 7:12-CR-106-BO(2)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID BECK | ) | |
| TAMMY MULLEN | ) | |

Upon the Government's motion, and for good cause shown, the Government's motion to continue sentencing until October Term is ALLOWED.

SO ORDERED.

This 24 day of September, 2013.

TERRENCE W. BOYLE
United States District Court Judge