# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　Crim. No. 7:12-CR-106-1BO

**DAVID BECK**

On January 7, 2014, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ C. Lee Meeks, Jr.
> C. Lee Meeks, Jr.
> U.S. Probation Officer
> 200 Williamsburg Pkwy, Unit 2
> Jacksonville, NC 28546-6762
> Phone: 910-346-5105
> Executed On: April 29, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 2 day of May, 2016.

Terrence W. Boyle
U.S. District Judge